■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALI WILLIAMS, Appellant. [696 NYS2d 867] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated September 21, 1998 (*People v Williams,* 253 AD2d 833), affirming a judgment of the Supreme Court, Queens County, rendered November 8, 1993.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). S. Miller, J. P., Krausman, McGinity and Luciano, JJ., concur.